**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| THE HOOPSKIRT LOFTS<br>CONDOMINIUM ASSOCIATION | : No. 589 EAL 2017<br>:<br>: |
| v. | : Petition for Allowance of Appeal from<br>: the Order of the Commonwealth Court<br>: |
| VAMSIDHAR VURIMINDI AND ANN<br>BORIS | :<br>:<br>: |
| PETITION OF: VAMSIDHAR VURIMINDI | : |
| THE HOOPSKIRT LOFTS<br>CONDOMINIUM ASSOCIATION | : No. 590 EAL 2017<br>:<br>: |
| v. | : Petition for Allowance of Appeal from<br>: the Order of the Commonwealth Court<br>: |
| VAMSIDHAR VURIMINDI AND ANN<br>BORIS | :<br>:<br>: |
| PETITION OF: VAMSIDHAR VURIMINDI | : |
| THE HOOPSKIRT LOFTS<br>CONDOMINIUM ASSOCIATION | : No. 591 EAL 2017<br>:<br>: |
| v. | : Petition for Allowance of Appeal from<br>: the Order of the Commonwealth Court<br>: |
| VAMSIDHAR VURIMINDI AND ANN<br>BORIS | :<br>:<br>: |
| PETITION OF: VAMSIDHAR VURIMINDI | : |
| THE HOOPSKIRT LOFTS<br>CONDOMINIUM ASSOCIATION | : No. 592 EAL 2017<br>: |

| | | |
|---|---|---|
| v. | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| | : | |
| VAMSIDHAR VURIMINDI AND ANN BORIS | : | |
| | : | |
| | : | |
| PETITION OF: VAMSIDHAR VURIMINDI | : | |
| THE HOOPSKIRT LOFTS CONDOMINIUM ASSOCIATION | : | No. 593 EAL 2017 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| | : | |
| VAMSIDHAR VURIMINDI AND ANN BORIS | : | |
| | : | |
| | : | |
| PETITION OF: VAMSIDHAR VURIMINDI | : | |
| THE HOOPSKIRT LOFTS CONDOMINIUM ASSOCIATION | : | No. 594 EAL 2017 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| | : | |
| VAMSIDHAR VURIMINDI AND ANN BORIS | : | |
| | : | |
| | : | |
| PETITION OF: VAMSIDHAR VURIMINDI | : | |
| THE HOOPSKIRT LOFTS CONDOMINIUM ASSOCIATION | : | No. 595 EAL 2017 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| | : | |
| VAMSIDHAR VURIMINDI AND ANN BORIS | : | |
| | : | |

PETITION OF: VAMSIDHAR VURIMINDI : :

THE HOOPSKIRT LOFTS : No. 596 EAL 2017
CONDOMINIUM ASSOCIATION :
: 
: Petition for Allowance of Appeal from
v. : the Order of the Commonwealth Court
: 
: 
VAMSIDHAR VURIMINDI AND ANN : 
BORIS : 
: 
: 
PETITION OF: VAMSIDHAR VURIMINDI :

## ORDER

**PER CURIAM**

 **AND NOW**, this 2nd day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.